JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMUEL C. CUDJOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>G2 SECURE STAFF, LLC, a Texas limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 2:16-cv-06581 BRO (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** |

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that all claims in this matter are dismissed with prejudice and without costs or fees to any party.

Dated: July 3, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Beverly Reid O'Connell
　　　　　　　　　　　　　　　　United States District Judge

1